INTAKE
3/1/2021 KE

FILED

MAR 01 2021

MAGISTRATE JUDGE
SUNIL R. HARJANI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  1:21-cr-00149 |
| vs. | ) | Violation: Title 18, United States Code, |
| | ) | Section 922(a)(6) |
| DIAMOND SMITH | ) | Judge  Thomas M. Durkin |
| | | Magistrate Judge Beth W. Jantz |

## COUNT ONE

The SPECIAL NOVEMBER 2020 GRAND JURY charges:

On or about March 24, 2019, at Oak Forest, in the Northern District of Illinois, Eastern Division,

DIAMOND SMITH,

defendant herein, in connection with the acquisition of three firearms, namely, a Smith & Wesson SD40VE semi-automatic pistol, bearing serial number FBK9831, and a Glock G23 .40 caliber pistol, bearing serial number BKLB550, and a Glock G42 .390 caliber pistol, bearing serial number ACWT230, from Eagle Gun Club, located in Oak Forest, Illinois, a licensed dealer of firearms, within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to Eagle Gun Club, which statement was intended and likely to deceive Eagle Gun Club with respect to a fact material to the lawfulness of the sale of the firearms to the defendant, under Title 18, United States Code, Chapter 44, in that defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that she was the actual buyer of the firearms, when, in fact, as defendant then knew, she was not the actual buyer of the firearms;

In violation of Title 18, United States Code, Section 922(a)(6).

1

## COUNT TWO

The SPECIAL NOVEMBER 2020 GRAND JURY further charges:

On or about April 27, 2020, at Oak Forest, in the Northern District of Illinois, Eastern Division,

### DIAMOND SMITH,

defendant herein, in connection with the acquisition of two firearms, namely a Glock 19 9-millimeter pistol, bearing serial number AEGZ671, and a Glock 30 .45 caliber pistol, bearing serial number BNNV026, from Eagle Gun Club, located in Oak Forest, Illinois, a licensed dealer of firearms, within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to Eagle Gun Club, which statement was intended and likely to deceive Eagle Gun Club with respect to a fact material to the lawfulness of the sale of the firearms to the defendant, under Title 18, United States Code, Chapter 44, in that defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that she was the actual buyer of the firearms, when, in fact, as defendant then knew, she was not the actual buyer of the firearms;

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT THREE

The SPECIAL NOVEMBER 2020 GRAND JURY further charges:

On or about September 9, 2020, at Oak Forest, in the Northern District of Illinois, Eastern Division,

### DIAMOND SMITH,

defendant herein, in connection with the acquisition of two firearms, namely a Taurus G3C 9 millimeter pistol, bearing serial number ABJ892718, and a Walther PK380 .380 caliber semi-automatic pistol, bearing serial number WB127464, from Eagle Gun Club, a licensed dealer of firearms, within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to Eagle Gun Club, located in Oak Forest, Illinois, which statement was intended and likely to deceive Eagle Gun Club with respect to a fact material to the lawfulness of the sale of the firearms to the defendant, under Title 18, United States Code, Chapter 44, in that defendant represented on the Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that she was the actual buyer of the firearms, when, in fact, as defendant then knew, she was not the actual buyer of the firearms;

In violation of Title 18, United States Code, Section 922(a)(6).

A TRUE BILL:

_____

FOREPERSON


_____
signed by Timothy J. Storino on behalf of the
UNITED STATES ATTORNEY

3