1:21-cr-00149

JUDGE DURKIN
MAGISTRATE JUDGE JANTZ

FELONY INTAKE
3/1/2021 KE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS



DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **No**

   1a. If the answer is "Yes," list the case number and title of the earliest filed complaint:

   1b. Should this indictment or information receive a new case number from the court? **Yes**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **No**

3.
   2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4. Is this a re-filing of a previously dismissed indictment or information? **No**

5. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

6. Is this a transfer of probation supervision from another district to this District? **No**

7. What level of offense is this indictment or information? **Felony**

8. Does this indictment or information involve eight or more defendants? **No**

9. Does this indictment or information include a conspiracy count? **No**

Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: Other Federal Statutes (III)

10. List the statute of each of the offenses charged in the indictment or information.

Title 18, United States Code, Section 922(a)(6)

/s/ Cornelius Vandenberg
Cornelius Vandenberg
Assistant United States Attorney