# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: US v Smith                    Case Number: 21 CR 149

An appearance is hereby filed by the undersigned as attorney for:

Attorney name (type or print):     Keith Scherer

Firm:     The Law Office of Keith J Scherer

Street address:     190 S. LaSalle St., #3850, Chicago IL 60631

City/State/Zip:

Bar ID Number: 6257838     Telephone Number: 7734858882
(See item 3 in instructions)

Email Address:     keith@kjsdefense.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

　　　　Retained Counsel
✓　　Appointed Counsel
　　　If appointed counsel, are you a
　　　　Federal Defender
✓　　CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3-8-21

Attorney signature:     S/ *Keith J. Scherer*
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015